# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DR. FEI WANG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:18-cv-07522 |
| BOARD OF TRUSTEES OF THE UNIVERSITY ) | Hon. Andrea R. Wood |
| OF ILLINOIS, HOWARD GUENTHER, ) | |
| BARBARA WILSON, TIMOTHY L. KILLEEN, ) | |
| STEVEN BLANKE, JIE CHEN, TIMOTHY L. ) | |
| KORITZ and UNKNOWN DEFENDANT(S), ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION TO
## DISMISS PLAINTIFF'S AMENDED COMPLAINT

Now come Defendants Board of Trustees of the University of Illinois, Howard Guenther, Barbara Wilson, Timothy L. Killeen, Steven Blanke, Jie Chen, Timothy L. Koritz, and Unknown defendants (collectively "Defendants"), by and through their undersigned counsel, Perkins Coie LLP, and move for an order dismissing Plaintiff Fei Wang's Amended Complaint. In support of this motion, Defendants submit the attached Memorandum of Law.

Dated: April 19, 2019

Respectfully Submitted,

**THE UNIVERSITY OF ILLINOIS, TRUSTEES OF THE UNIVERSITY OF ILLINOIS, HOWARD GUENTHER, BARBARA WILSON, TIMOTHY L. KILLEEN, STEVEN BLANKE, JIE CHEN, AND TIMOTHY L. KORITZ**

By: /s/ Christopher B. Wilson
One of Its Attorneys

- 2 -

                                                Christopher B. Wilson
                                                John B. Sample IV
                                                PERKINS COIE LLP
                                                131 S. Dearborn; Suite 1700
                                                Chicago, IL 60603
                                                Tel: (312) 324-8400
                                                Fax: (312) 324-9400
                                                cwilson@perkinscoie.com
                                                jsample@perkinscoie.com

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of April, 2019, I will electronically file the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** and supporting documents with the Clerk of the Court, using the CM/ECF system and that I will email the same to all Counsel of record at the email addresses identified below:

    Stuart D. Polizzi
    The Law Office of Stuart D. Polizzi, LLC
    stuartpolizi@stuartpolizzilaw.com


                                    By:    /s/ Christopher B. Wilson
                                                One of Its Attorneys