## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Fei Wang v. Board of Trustees of Case Number: 18-cv-07522
University of Illinois, et al.

An appearance is hereby filed by the undersigned as attorney for:

Howard Guenther, Barbara Wilson, Timothy L. Killeen, Steven Blanke, Jie Chen, and Timothy L. Koritz

Attorney name (type or print): Christopher B. Wilson

Firm: Perkins Coie LLP

Street address: 131 S. Dearborn Street, Suite 1700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6202139      Telephone Number: 312-324-8400
(See item 3 in instructions)

Email Address: CWilson@perkinscoie.com

Are you acting as lead counsel in this case?            ☑ Yes   ☐ No

Are you acting as local counsel in this case?           ☐ Yes   ☑ No

Are you a member of the court's trial bar?              ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.      ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 9, 2020

Attorney signature: S/ Christopher B. Wilson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015